UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY H JOHNSTON,

    Defendant.

Case No. **CR06-456RSM**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

**The plaintiff appears through Assistant United States Attorney, ANDREW FRIEDMAN.**

**The defendant appears personally and represented by counsel, WILLIAM MICHELMAN.**

**The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).**

**The defendant was advised of and admitted the single violation of noncompliance of supervision. The court found that the violations were established and scheduled a disposition revocation hearing on the petition to be held at the time and date below set forth before Judge Ricardo S. Martinez (in Seattle):**

    *Date of hearing:*     10/21/2011

    *Time of hearing:*     **1:30 p.m.**

**IT IS ORDERED that the defendant:**

( ) **Be released subject to the terms and conditions set forth in the current term of deferred prosecution.**

(✓) **Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office. This Order is entered without prejudice for review.**

    **September 26, 2011.**

*(signature)*

J. Richard Creatura, United States Magistrate Judge

ORDER
Page - 1